**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kenderick BEGAY, a.k.a. Kendrick Begay, Defendant–Appellant.**

**No. 07–10487.**

United States Court of Appeals, Ninth Circuit.

Filed Jan. 4, 2010.

Ann Birmingham Scheel, Assistant U.S. Attorney, John Robert Lopez, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

James M. Wagstaffe, Esquire, Kerr & Wagstaffe, LLP, San Francisco, CA, for Respondent.

Daniel L. Kaplan, Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Phoenix, AZ, for Defendant–Appellant.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel

opinion shall not be cited as precedent by or to any court of the Ninth Circuit.